IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NORMAN DAVID FREEMAN
and CHRISTY FREEMAN,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellants,

CASE NO. 1D14-3121

v.

CHASE HOME FINANCE, LLC,

     Appellee.

_____/

Opinion filed March 18, 2015.

An appeal from the Circuit Court for Bay County.
Dedee S. Costello, Judge.

Norman David Freeman and Christy Freeman, pro se, Appellants.

Susan Capote and Joseph Wargo of Wargo & French, LLP, Miami, for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS, C.J., MARSTILLER and OSTERHAUS, JJ., CONCUR.